# GEORGIA DEATH CERTIFICATE

State File Number: 2022GA000002253

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME | JOANN MARINO LOGAN |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | SEARS |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH — ACTUAL DATE OF DEATH | 01/14/2022 |
| 3. SOCIAL SECURITY NUMBER | [redacted]7416 |
| 4a. AGE (Years) | 62 |
| 5. DATE OF BIRTH | [redacted]1959 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | RICHMOND |
| 7c. CITY, TOWN | HEPHZIBAH |
| 7d. STREET AND NUMBER | 7 HONEY LANE |
| 7e. ZIP CODE | 30815 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | SECRETARY |
| 8b. KIND OF INDUSTRY OR BUSINESS | HEALTH CARE |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | CHARLES EARL LOGAN |
| 11. FATHER'S FULL NAME | HARRISON SEARS |
| 12. MOTHER'S MAIDEN NAME | HANNELORE WAGNER |
| 13a. INFORMANT'S NAME | CHARLES LOGAN |
| 13b. RELATIONSHIP TO DECEDENT | HUSBAND |
| 13c. MAILING ADDRESS | 7 HONEY LANE HEPHZIBAH GEORGIA 30815 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | WHITE |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | DECEDENT'S HOME |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | 7 HONEY LANE |
| 19. CITY, TOWN or LOCATION OF DEATH | HEPHZIBAH |
| 20. COUNTY OF DEATH | RICHMOND |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | WESTOVER MEMORIAL PARK, INC 2601 WHEELER RD AUGUSTA GEORGIA 30904 |
| 23. DISPOSITION DATE | 01/18/2022 |
| 24a. EMBALMER'S NAME | THOMAS C. POTEET JR. |
| 24b. EMBALMER LICENSE NO. | 3393 |
| 25. FUNERAL HOME NAME | THOMAS POTEET AND SON FUNERAL DIRECTORS |
| 25a. FUNERAL HOME ADDRESS | 214 DAVIS ROAD AUGUSTA GEORGIA 30907 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | LUCAS DYLAN TEAGUE |
| 26b. FUN. DIR. LICENSE NO | 5323 |
| 27. DATE PRONOUNCED DEAD | 01/14/2022 |
| 28. HOUR PRONOUNCED DEAD | 08:20 AM |
| 29a. PRONOUNCER'S NAME | Vera NATALIE Freed |
| 29b. LICENSE NUMBER | RN111167 |
| 29c. DATE SIGNED | 01/14/2022 |
| 30. TIME OF DEATH | 08:20 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | UNKNOWN |

32. Part I. Chain of events:

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE | CONGESTIVE HEART FAILURE | 6 MONTHS |
| B. | | |
| C. | | |
| D. | | |

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT PREGNANT WITHIN THE PAST YEAR |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 45. Medical Certifier | JON C GIBBS, MD, 38493 |
| 45a. DATE SIGNED | 01/18/2022 |
| 45b. HOUR OF DEATH | 08:20 AM |
| 47. NAME, ADDRESS OF PERSON COMPLETING CAUSE OF DEATH | JON C GIBBS 3651 WHEELER ROAD AUGUSTA GEORGIA 30909 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR | 01/20/2022 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

*[signature]* Christopher H. Harrison
STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: Tonya M Rpoe
ISSUED BY: *[signature]*
DATE ISSUED: JAN 2 0 2022

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
VOID IF ALTERED OR COPIED